In the Matter of the Claim of Paul Meyer, Appellant, against Metropolitan Life Insurance Company, Respondent. State Industrial Board, Respondent. — Motion to dispense with printing of record on appeal denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Harry Seiderman, Respondent, against Herman Perla, Inc., and Another, Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Joseph Huber, Respondent, against Cutler Hammer Manufacturing Company and Another, Appellants. State Industrial Board, Respondent.—Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that so far as appears by the record, the claimant's injury was confined to one member, the leg, and the award was improperly made under subdivision 3, paragraph v, of section 15 of the Workmen's Compensation Law. (See *Vogel* v. *Manhattan Dressed Beef Co.*, 221 App. Div. 823.) Rhodes, McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., dissents and votes to affirm.